NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Harry P. "Hap" Weitzel (SBN 149934)
weitzelh@pepperlaw.com
PEPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Tel: 949.567.3500  Fax: 949.863.0151

ATTORNEYS FOR: Plaintiff Nazomi Communications, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Nazomi Communications, Inc.

Plaintiff(s),
v.
Samsung Telecommunications, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., HTC Corp., HTC America, Inc., LG Electronics U.S.A., Inc., Kyocera Corportion, Kyocera International, Inc., Kyocera Communications, Inc., and Kyocera America, Inc.

Defendant(s)

CASE NUMBER: SA10-CV-01527 AG (RNBx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, Nazomi Communications, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Nazomi Communications, Inc. | Plaintiff |
| Samsung Telecommunications, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., HTC Corp., HTC America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Communications, Inc., and Kyocera America, Inc. | Defendant |

October 8, 2010
Date

Sign Harry P. "Hap" Weitzel

Plaintiff, Nazomi Communications, Inc.
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES