MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
ERIK R. FUEHRER (Bar. No. 252578)
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

JOHN HARRIMAN (Bar No. 117175)
john.harriman@dlapiper.com
DLA PIPER LLP (US)
1999 Avenue of the Stars
Suite 400
Los Angeles, CA 90067-6023
Phone: (310) 595-3000
Fax: (310) 595-3300

Attorneys for Defendant
SAMSUNG TELECOMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC., | CASE NO.  10-CV-05545-CRB |
| Plaintiff, | **DEFENDANT SAMSUNG TELECOMMUNICATIONS, LLC'S CERTIFICATION OF INTERESTED PARTIES** |
| v. | |
| SAMSUNG TELECOMMUNICATIONS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., HTC CORP., HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., and KYOCERA AMERICA, INC., | **(Pursuant to Civil L.R. 3-16)** |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Samsung Telecommunications America, LLC declares that it is a wholly owned subsidiary of Samsung Electronics America, Inc., which is a wholly owned subsidiary of Samsung Electronics Co., Ltd.

Dated: March 11, 2011

DLA PIPER LLP (US)

By /s/ Mark Fowler
MARK D. FOWLER
JOHN HARRIMAN
ROBERT BUERGI
ERIK R. FUEHRER
Attorneys for Defendant
SAMSUNG TELECOMMUNICATIONS, LLC