MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
ERIK R. FUEHRER (Bar. No. 252578)
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

JOHN HARRIMAN (Bar No. 117175)
john.harriman@dlapiper.com
DLA PIPER LLP (US)
1999 Avenue of the Stars
Suite 400
Los Angeles, CA 90067-6023
Phone: (310) 595-3000
Fax: (310) 595-3300

Attorneys for Defendant
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC., | CASE NO.  10-CV-05545-CRB |
| Plaintiff, | **DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S CERTIFICATION OF INTERESTED PARTIES** |
| v. | |
| SAMSUNG TELECOMMUNICATIONS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., HTC CORP., HTC AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., KYOCERA CORPORATION, KYOCERA INTERNATIONAL, INC., and KYOCERA AMERICA, INC., | **(Pursuant to Civil L.R. 3-16)** |
| Defendants. | |

1   Pursuant to Civil L.R. 3-16, Samsung Electronics Co., Ltd. certifies that as of this date,

2   other than the named parties, there is no such interest to report.

3

4   Dated:  March 11, 2011

                                  DLA PIPER LLP (US)

                                  By /s/ Mark Fowler
                                     MARK D. FOWLER
                                     JOHN HARRIMAN
                                     ROBERT BUERGI
                                     ERIK R. FUEHRER
                                     Attorneys for Defendant
                                     SAMSUNG ELECTRONICS CO., LTD.