1   MARK D. FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
2   ROBERT BUERGI (Bar No. 242910)
    robert.buergi@dlapiper.com
3   ERIK R. FUEHRER (Bar. No. 252578)
    erik.fuehrer@dlapiper.com
4   DLA PIPER LLP (US)
    2000 University Avenue
5   East Palo Alto, CA  94303-2214
    Tel:  650.833.2000
6   Fax:  650.833.2001

7   JOHN HARRIMAN (Bar No. 117175)
    john.harriman@dlapiper.com
8   DLA PIPER LLP (US)
    1999 Avenue of the Stars
9   Suite 400
    Los Angeles, CA 90067-6023
10  Phone: (310) 595-3000
    Fax: (310) 595-3300
11
    Attorneys for Defendant
12  SAMSUNG ELECTRONICS AMERICA, INC.

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  NAZOMI COMMUNICATIONS, INC.,          CASE NO.  10-CV-05545-CRB

17              Plaintiff,                **DEFENDANT SAMSUNG ELECTRONICS
                                          AMERICA, INC.'S CERTIFICATION OF
18       v.                               INTERESTED PARTIES**

19  SAMSUNG TELECOMMUNICATIONS,           **(Pursuant to Civil L.R. 3-16)**
    INC., SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS
20  AMERICA, INC., HTC CORP., HTC
    AMERICA, INC., LG ELECTRONICS,
21  INC., LG ELECTRONICS U.S.A., INC.,
    KYOCERA CORPORATION, KYOCERA
22  INTERNATIONAL, INC., and
    KYOCERA AMERICA, INC.,
23
                Defendants.
24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6     Samsung Electronics America, Inc., declares that it is a wholly owned subsidiary of

7  Samsung Electronics Co., Ltd.

8

9  Dated:  March 11, 2011

10                    DLA PIPER LLP (US)

11                    By  /s/ Mark Fowler

12                        MARK D. FOWLER
                         JOHN HARRIMAN
13                        ROBERT BUERGI
                         ERIK R. FUEHRER
14                        Attorneys for Defendant
                         SAMSUNG ELECTRONICS AMERICA, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

-2-
DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S CERTIFICATION OF
INTERESTED PARTIES    10-CV-05545-CRB