John B. Sganga (State Bar No. 116,211)
john.sganga@kmob.com
Amy C. Chun (State Bar No. 204,052)
amy.chun@kmob.com
Christina McCullough (State Bar No. 245,944)
christina.mccullough@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine CA  92614
Phone: 949-760-0404
Facsimile: 949-760-9502

Mauricio A. Uribe (admitted *pro hac vice*)
mauricio.uribe@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1420 Fifth Avenue
Suite 3600
Seattle WA  98101
Phone:  206-405-2000
Facsimile:  206-405-2001

Attorneys for Defendants
HTC CORPORATION AND HTC AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Samsung Telecommunications, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., HTC Corporation, HTC America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Kyocera Corporation, Kyocera Communications, Inc., and Kyocera America, Inc.,<br><br>    Defendants. | Case No. 10cv5545 CRB<br><br>**HTC CORPORATION'S AND HTC AMERICA, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HTC America, Inc. certifies that it is a subsidiary of HTC Corporation.  Defendant HTC Corporation certifies that it is a publicly held foreign corporation.  Defendant HTC Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-16, Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") certify that, as of this date, HTC is not aware of any unrelated parties other than the named parties that (1) have a financial interest in the subject matter in controversy or in a party to this proceeding, or (2) have any other kind of interest that could be substantially affected by the outcome of this proceeding.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  March 11, 2011          By:  s/Amy C. Chun
                                     John B. Sganga
                                     Amy C. Chun
                                     Mauricio A. Uribe
                                     Christina McCullough

                                     Attorneys for Defendants
                                     HTC CORPORATION AND HTC AMERICA