KATTEN MUCHIN ROSENMAN LLP
Kristin L Holland (187314)
kristin.holland@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone:  (310) 788-4400
Facsimile: (312) 788-4471

Timothy J. Vezeau (2899612)
timothy.vezeau@kattenlaw.com
Michael A. Dorfman (6255860)
michael.dorfman@kattenlaw.com
Sharyn M. Castle (6287130)
sharyn.castle@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone:  312.902.5200
Facsimile:  312.902.1061

*Attorneys for Defendant*
*Kyocera International, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Samsung Telecommunications, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., HTC Corp., HTC America, Inc., LG Electronics, Inc., LG Electronics, U.S.A., Inc., Kyocera Corporation, Kyocera International, Inc., Kyocera Communications, Inc., and Kyocera America, Inc.<br><br>Defendants. | 3:10-cv-05545-CRB<br>(consolidated from 8:10-cv-01527)<br><br><br><br>DEFENDANT KYOCERA INTERNATIONAL, INC.'S, CERTIFICATION OF INTERESTED PARTIES (Pursuant to Civil L.R. 3-16) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Kyocera International, Inc.'s parent corporation is Kyocera Corporation, and Kyocera Corporation owns 10% or more of the stock of Kyocera International, Inc.

Dated: March 11, 2011

/s/ Michael A. Dorfman
Kristin L Holland (187314)
kristin.holland@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: (310) 788-4400
Facsimile: (312) 788-4471

Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Michael A. Dorfman
michael.dorfman@kattenlaw.com
Sharyn M. Castle
sharyn.castle@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for Defendant Kyocera International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2011, the foregoing DEFENDANT KYOCERA INTERNATIONAL, INC.'S, CERTIFICATION OF INTERESTED PARTIES (Pursuant to Civil L.R. 3-16) was electronically filed and served with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will automatically notify and serve Defendant's counsel of record.

/s/   Michael A. Dorfman

**Katten**
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax