1  MORGAN, LEWIS & BOCKIUS LLP
   Rita E. Tautkus (SBN 162090)
2  rtautkus@morganlewis.com
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Telephone: (415) 442-1000
4  Facsimile: (415) 442-1001

5  Attorney for Defendants
   LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Nazomi Communications, Inc., | Case No. 3:10-cv-05545-CRB |
|---|---|
| Plaintiff, | **LG ELECTRONICS INC. AND LG ELECTRONICS U.S.A., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL L.R. 3-16** |
| v. | |
| Samsung Telecommunications, Inc., et al., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 11, 2011                MORGAN, LEWIS & BOCKIUS LLP

                                     By /s/ Rita E. Tautkus
                                        RITA E. TAUTKUS
                                        Attorney for Defendants
                                        LG ELECTRONICS INC. and LG
                                        ELECTRONICS U.S.A., INC.