1 MORGAN, LEWIS & BOCKIUS LLP
Rita E. Tautkus (SBN 162090)
2 rtautkus@morganlewis.com
One Market, Spear Street Tower
3 San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
4 Facsimile:  (415) 442-1001

5 Attorney for Defendants
LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Nazomi Communications, Inc., | Case No. 3:10-cv-05545-CRB |
|---|---|
| Plaintiff, | **LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.'S RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| Samsung Telecommunications, Inc., et al., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants LG Electronics Inc. ("LGE") and LG Electronics U.S.A., Inc. ("LGEUS") (collectively, "LG") state the following:  LGEUS is a wholly-owned subsidiary of LGE.  LG Corporation owns 10% or more of LGE's stock.

Dated: March 11, 2011                    MORGAN, LEWIS & BOCKIUS LLP


                                         By /s/ Rita E. Tautkus
                                            RITA E. TAUTKUS
                                            Attorney for Defendants
                                            LG ELECTRONICS INC. and LG
                                            ELECTRONICS U.S.A., INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB1/66706177.1                           1
                                         LG DEFENDANTS' DISCLOSURE STATEMENT
                                         CASE NO. 3:10-CV-05545-CRB